PROB 12A-DC
(Rev. 12/82)

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED
NOV 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. __Alvin Kotz__                                      Docket No.: __91-246-01__

REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violation(s) of Supervised Release)

COMES NOW __Kurt Panzer, Jr.__, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of __Alvin Kotz__, who was placed on [Supervision Type] by the Honorable __Louis F. Oberdorfer__, United States District Judge, sitting in the Court at Washington, D.C., on the __16th__ day of __September__, __1991__, who fixed the period of [supervised release at __ten__ years, and imposed the general terms and conditions of supervised release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

$100 special assessment and not to possess a firearm or destructive device.

Having entered a plea of guilty to Count One, Possession with Intent to Distribute 5 Kilograms or More of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II, and Count Two, Evading Financial Reporting Requirements, §§ 31 U.S.C. 5322(a) and 5324(3), Mr. Kotz appeared before Your Honor on September 16, 1991, and was sentenced to 120 months for Count One, and 60 months for Count Two, concurrent with Count One, to be followed by ten years of supervised release as to Count One, and three years as to Count Two, concurrent with Count One. Supervised release began on June 8, 1999, and is scheduled to expire on June 7, 2009.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Statement of Alleged Violation of Supervised Release

1.  On July 19, 2005, Mr. Kotz pled guilty before Judge Chasanow to Conducting an Illegal Gambling Business, 18 U.S.C. §1955(a)(b) and (c); Money Laundering, 18 U.S.C. §1956(a)(1)(B)(I); Aiding and Abetting, 18 U.S.C. §2. Sentencing was scheduled for October 31, 2005. (Standard Condition)

Alvin Kotz
Docket No.: 91-246-01
Page 2

PRAYING THE COURT WILL ORDER a hearing on violation of supervised release with voluntary appearance of **Alvin Kotz** on Thursday December 8, 2005 at 11:00 A.M. in Courtroom No. 3.

Respectfully submitted,

Kurt H. Panzer, Jr.
United States Probation Officer
(202) 565-1401


Approved By: _____
Anthony K. Hill, Supervising
United States Probation Officer

### ORDER OF COURT

Considered and ordered this _22nd_ day of _Nov._, 2005.

_____
Louis F. Oberdorfer
United States District Judge

_Nov. 22, 2005_
Date


**Notice of Delivery To Parties:**

                        U.S. Attorney's Office    Plato Cacheris
                        555 4th Street, N.W.    Suite 300
                        Washington, D.C. 20001    1350 Connecticut Ave., N.W.
                                                            Washington, D.C. 20036