UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )
) Criminal Action No. 91-246 (LFO)
ALVIN KOTZ, )
)
Defendant. )
)

**FILED**

NOV 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

On request of the United States Probation Office, it is this 22nd day of November, 2005 hereby

ORDERED: that a hearing on revocation of supervised release and, if warranted, sentencing is set for Thursday, December 8, 2005 at 11:00 a.m. in Courtroom No. 3.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE