UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 91-246(LFO) |
| ) | |
| ALVIN KOTZ ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE BY COUNSEL

Please take notice that Plato Cacheris and John F. Hundley and the law firm of Trout Cacheris PLLC hereby enter their appearance in the above-captioned case on behalf of Defendant Alvin Kotz.

Respectfully submitted,

_____
Plato Cacheris, D.C. Bar # 01743

_____
John F. Hundley, D.C. Bar # 449915
TROUT CACHERIS PLLC
Suite 300
1350 Connecticut Avenue, N.W.
Washington, D.C. 20036
Fax:  202-464-3319
Tel:  202-464-3300

Counsel for Defendant Alvin Kotz

## Certificate of Service

I hereby certify that on this 7th day of December 2005 a true and correct copy of the foregoing Entry of Appearance by Counsel was served via fax to:

>Glenn S. Leon, Esquire
>Assistant United States Attorney
>United States Attorney's Office for
>  the District of Columbia
>555 Fourth Street, N.W., 4th floor
>Washington, D.C. 20001
>Tel:    202-305-0174
>Fax:    202-353-9414

and by hand on December 8th, 2005 to:

>Mr. Kurt H. Panzer, Jr.
>United States Probation Officer
>United States Courthouse
>Suite 2800
>333 Constitution Avenue, N.W.
>Washington, D.C. 20001
>Tel: 202-565-1401

John F. Hundley