UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 91-246-01(LFO) |
| | ) |
| ALVIN KOTZ | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT ALVIN KOTZ'S RESPONSE TO REQUEST FOR COURSE OF ACTION REGARDING STATEMENT OF ALLEGED VIOLATION(S) OF SUPERVISED RELEASE

On September 16, 1991, this Court sentenced Alvin Kotz to a ten-year sentence followed by ten years of supervised release. Mr. Kotz served the sentence and his supervised release which commenced on June 8, 1999 is due to expire on June 7, 2009.

On October 31, 2005, Mr. Kotz was sentenced in the United States District Court for the District of Maryland to three years imprisonment for conducting an illegal gambling enterprise and money laundering. In imposing this sentence, the District Judge was cognizant that Mr. Kotz had violated the supervised release Order of this Court. In pleading guilty and accepting responsibility for his conduct, Mr. Kotz also knew that he would be subject to the instant revocation hearing.

Under the circumstances of the instant matter, the Sentencing Guidelines recommend a sentence of between 21 and 27 months. U.S.S.G. §§ 7B1.1, 7B1.4. The Guidelines further suggest that the revocation sentence be served consecutively to any other term of imprisonment imposed upon the defendant. U.S.S.G. § 7B1.3(f). However, as the Court is aware, the Guidelines addressing revocation of supervised release are "policy statements" and, as such, are advisory only, U.S.S.G., Ch 7, Pt. A., and were non-binding even before *United States v. Booker*, 543 U.S. 220 (2005).

Mr. Kotz is 70 years old and will be approaching 74 years old when he completes his Maryland sentence. He currently suffers from hypertension, a degenerative disc in his back, acid reflux and ulcers. He is a Holocaust survivor who had a difficult and traumatic youth which contributed, in our opinion, to his numerous infractions of the law. Mr. Kotz also has engaged in years of alcohol abuse, which only exacerbated his emotional and legal problems. For the first time in his life, Mr. Kotz recently entered mental health and alcohol counseling, which treatment is ongoing. See letter of John Gershefski, Ph.D. (attached as Exhibit 1). In acknowledging these issues, the Maryland Court recommended that Mr. Kotz be placed in an alcohol abuse treatment program and receive mental health counseling.

While we cannot condone Mr. Kotz's violation of this Court's Order of Supervised Release, we respectfully request that any sentence imposed be ordered to run concurrent to the three-year sentence imposed in Maryland. We suggest that such a sentence, in conjunction with the Maryland sentence, adequately addresses Mr. Kotz's violation of supervised release.

Mr. Kotz is not, by any stretch, a first offender, but we suggest that at his age he is a last offender.

                                       Respectfully submitted,

                                       Plato Cacheris
                                       John F. Hundley
                                       TROUT CACHERIS PLLC
                                       Suite 300
                                       1350 Connecticut Avenue, N.W.
                                       Washington, D.C. 20036
                                       Tel:   202-464-3300
                                       Fax:   202-464-3319

Dated: December 7, 2005                Counsel for Defendant Alvin Kotz

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December 2005 a true and correct copy of the foregoing "Defendant AlvinKotz's Response to Request for Course of Action Regarding Statement of Alleged Violation(s) of Supervised Release" was served via fax to:

> Glenn S. Leon, Esquire
> Assistant United States Attorney
> United States Attorney's Office for
>   the District of Columbia
> 555 Fourth Street, N.W., 4th floor
> Washington, D.C. 20001
> Tel:   202-305-0174
> Fax:   202-353-9414

and by hand on December 8th, 2005 to:

> Mr. Kurt H. Panzer, Jr.
> United States Probation Officer
> United States Courthouse
> Suite 2800
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001
> Tel: 202-565-1401

_____
John F. Hundley