RE: Mr. Alvin Kotz                                                                                                    1

*John Gershefski, Ph.D.*
*Licensed Clinical Psychologist*
*131 Wootton Oaks Court*
*Rockville, MD 20852*
*(301) 294-8041*

**CONFIDENTIAL**                                                                                    9/28/03

The Honorable Deborah K. Chasanow
United States District Court for the District of Maryland
Southern Division Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland   20770

                                                                RE: Mr. Alvin Kotz

Dear Judge Chasanow,

I am writing to you on behalf of Mr. Alvin Kotz. I have been working with him in psychotherapy/ assessment regularly (weekly) since June 22, 2005. I have a long background in working with those with addictions, criminal behaviors, and with severe trauma survivors, and I am considered by peers to be an expert in these areas. I would be happy to provide additional references to attest to these statements if desired.

Let me start with my overall assessment. **Mr. Kotz is not an antisocial or criminal personality, and incarceration is not indicated in his case.** Rather, he is someone who has experienced very severe, complex trauma at an early age which has led him to develop various survival coping mechanisms that have unfortunately led him into these later legal difficulties. **Alvin is fundamentally a decent person, with an awareness of others and a strong sense of conscience, who has been in need of treatment for many years.**

Alvin is a Holocaust survivor, something which he usually does not speak about, and has never used as an explanation of his behaviors. However, this horrifying experience at such a young age has dramatically shaped the course of his life. For example, as he and his family were waiting in line to be shot, he saw his uncle shot and killed. With the help of his father's friend, they managed to escape into the woods only to be chased by Nazis. They were shot at, and he was hit in the heel by a bullet. He experienced seeing his father and another have to kill a German guard to get away. He witnessed his mother being beaten over the shoulder. He was separated from his father for days during the escape, not knowing if his father was dead or alive. He lived from the ages of 3 to 11 in shear terror and had to learn to go into complete survival mode. Once they finally did escape to America, he essentially became the caretaker of his parents who spoke no English and could not read or write. He was not able to attend school because he had to work at the family store to support them. Later after the war, his parents got some

                                                                                                    Exhibit 1

RE: Mr. Alvin Kotz                                                                                                          2

reparations from the German government. While he was also due reparations, these never came through due to legal and governmental bureaucracy.

Not surprisingly, he has been left with many emotional and physical scars. Alvin suffers from numerous physical ailments that clearly have a psychological stress component. These include hypertension, arthritis in both shoulders for which he had operations, a degenerative disc in his back, acid reflux and ulcers, and adult acne. These ailments are direct indications of the amount of internal stress he has been living under for years.

Psychologically, he meets the DSM-IV criteria for complex post-traumatic stress disorder (PTSD), with significant amounts of underlying anxiety and depression. He has tried to essentially run from his pain through excessive alcohol abuse/ dependence. Mr. Kotz has been drinking nearly daily for years, and in significant quantities (at least 40 ounces of Vodka a week). He is in need of continued and intensive treatment and rehabilitation for his alcohol abuse. Through therapy thus far, he has been able to reduce his drinking to some degree. Also very common in complex PTSD survivors, he has run from his severe internal distress through living a more risky, "do whatever it takes" to survive lifestyle, which manifests in part by the vicarious highs and lows of associating with chronic gamblers. Unfortunately for him, his experience is that his entire formative life was a gamble, and he really has seen no different possibilities until this point. In order to hide and mask all of his suffering from others, he has developed a strong, survivalist outer shell that may make his appear stubborn, and uncooperative at times. These attributes were developed to keep him alive through his traumatic experiences, but now unfortunately may be misunderstood by others, especially authority figures, as cockiness, defiance or arrogance (which is not the case).

As with many survivors of severe trauma, he learned to do whatever it took to survive. While this has in fact been essential for him to get through the initial years of his life, it has led to later problems that we are facing today. Hidden underneath his illegal behaviors are significant messages and feelings that he needs much support to learn how to express appropriately. In essence, he has been trying to tell his story without feeling safe enough to do so directly. In other words, is it any surprise that he feels like much has been stolen from he and his family, that he has learned to question authority and government and be acutely aware of potential inherent hypocrisy, that he would rather maintain whatever sense of integrity he has established by not cooperating with those he does not trust, and that he could never, ever "snitch" on someone else since during the Holocaust this meant living with someone else's blood on one's own hands. Re-creating one's early trauma in a way that gives an illusion of mastery, that is usually doomed to not succeed, is a very common attribute of a trauma survivor. In essence, his lifestyle and the inevitable legal tanglings and facing prison life is his re-creation of being imprisoned during the Holocaust. This is most unfortunate, because it merely serves to fuel rather than dissipate his immense internal pain. For this reason, Alvin is in desperate need of professional help to express his feelings and experiences in a way that helps him heal. Furthermore, he has already shown the capacity to make use of such therapy, and there is no doubt that he has sufficient internal motivation to face his truth.

RE: Mr. Alvin Kotz 3

Alvin is not a threat to society. He has gone out of his way to treat even those who placed bets with him in a humane fashion, unlike many others in his situation would do. He also is someone who deeply cares about others in need, as evidenced by his direct involvement with fundraisers in which he helped raise over $100,000 for juvenile diabetes, and a similar effort to support the cancer society. **Society does not benefit from his incarceration.** Aside from the financial burden that incarceration would place on society, Mr. Kotz has much experience and knowledge that could be used for the good of society, including helping other trauma survivors, gamblers, and other needy individuals such as the elderly. Furthermore, by being allowed to make up for his legal wrongdoing in a productive fashion, it will help his own healing and result in a much increased likelihood that he does not repeat these offenses.

**I am willing to personally work in conjunction with the legal system to help provide him ongoing therapy, and monitor alternative community service responsibilities in conjunction with a probation officer.** I would hope that the possibility of house arrest be seriously considered in his case, as this would serve societal needs as well as allow him to serve his time productively for himself and for others who I sincerely believe he can be of help to. At a minimum, everyone is served best by providing him the opportunity to receive the help he needs in therapy, alcohol rehabilitation, and in finding some helpful use to the terrible experiences he has faced.

If I can be of any further help, or if you need more information from me, please contact me. I would be happy to appear before the court on his behalf if this will be helpful.

Sincerely,

John Gershefski, Ph.D.
Licensed Clinical Psychologist