# UNITED STATES DISTRICT COURT
## for the District of Columbia

UNITED STATES OF AMERICA

v.

ALVIN KOTZ

Case Number CR 91-246

**FILED**
DEC 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, ALVIN KOTZ, was represented by Plato Cacheris and John F. Hundley

It appearing that the defendant, who was sentenced on September 16, 1991 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 8th day of December, 2005 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: TWENTY (20) MONTHS. Said sentence is to run concurrent to the sentence imposed on October 31, 2005 by the District of Maryland in case DKC 05CR0119. Defendant shall self surrender to the Bureau of Prisons on January 9, 2006 at the Cumberland Federal Correctional Institution in Cumberland, Maryland, the same time and place ordered for his surrender by the District Court of Maryland. No term of Supervised Release will be imposed.

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 12th day of December 2005

_[signature]_
Judge Louis F. Oberdorfer, United States District Court

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _[signature]_
Deputy Clerk